AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
для for the

District of South Carolina

| Eshawn Jessica Scipio, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   4:25-cv-01667-JD |
| Erin O'Neal Gaddy, Esq., in her individual and official capacity; Michael Battle, in his individual and official capacity, | ) ) ) ) | |
| *Defendant.* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

✔ other: This case is dismissed without prejudice and without issuance and service of process.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

✔ decided by the Honorable Joseph Dawson, III, United States District Judge, who adopts the Report and Recommendation of United States Magistrate Thomas E. Rogers, III.

Date:   June 20, 2025

Robin L. Blume
*CLERK OF COURT*

s/L. Gibbons
*Signature of Clerk or Deputy Clerk*